UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK CHRISTOPHER DICKENS,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VACAVILLE, et al.,<br><br>Defendants. | No. 2:18-cv-02233 JAM CKD (PS)<br><br><br><br>ORDER |

On October 10, 2018, the court dismissed the complaint in this action and granted plaintiff thirty days to file an amended complaint. (ECF No. 7.) Before the court is plaintiff's October 30, 2018 motion for an open-ended "continuance" in order to "seek legal guidance." (ECF No. 8.) Defendant opposes the motion. (ECF No. 9.)

The court will deny plaintiff's motion, as it fails to make clear how long he requires to amend the complaint, or even if he intends to so amend. If plaintiff wishes to file an amended complaint, the court will entertain a timely request for an extension of time not to exceed thirty days.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to continue (ECF No. 8) is denied without prejudice to seeking a thirty-day extension of time to file an amended complaint.

Dated: November 7, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / dickens2233.ord